STATE OF NEW JERSEY v. OMAR T. FERNANDEZ.

February 16, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. MINDY BROWN PETERMAN.

February 16, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. PABLO ROLON.

February 16, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. AUMARIE W. BALDWIN.

February 16, 1984.

Petition for certification denied.

STATE DEPARTMENT OF CORRECTIONS v. JOHN R. SUDOL.

February 16, 1984.

Petition for certification denied.